# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

127923 & (76)(77)(78)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DOUGLAS CHARLES WOODARD,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127923
COA: 247182
Calhoun CC: 02-000035-FC

     On order of the Court, the application for leave to appeal the December 9, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

p1024

_____
Clerk